THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MAGNANO, Appellant.—

Present—Dillon, P. J., Callahan, Boomer, Pine and Balio, JJ.